IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLES TOSTON**                                                                                           **PLAINTIFF**

v.                         Case No: 4:24-cv-00319-BRW-PSH

**RICK PARSON,** *et al.*                                                                                  **DEFENDANTS**

### ORDER

Mail sent to Plaintiff Charles Toston at his address-of-record[1] was returned to the Court as "undeliverable" because Mr. Toston was no longer living at the address he provided.[2] On July 19, 2024, United States Magistrate Judge Patricia Harris entered an order informing Mr. Toston that the mail could not be delivered to him at the address he provided and warning him that this case would be dismissed without prejudice if he failed to update his address within 30 days.[3] It has been over 30 days since Mr. Toston was directed to update his address, and he has not done so. His mail continues to be returned as undeliverable.[4] Accordingly, this case is dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2), failure to respond to court orders, and for failure to prosecute.[5]

IT IS SO ORDERED this 27th day of August, 2024.

                                                       BILLY ROY WILSON
                                                       UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 2.

[2] Doc. No. 13.

[3] Doc. No. 14.

[4] Doc. Nos. 15-16.

[5] *See also Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).