IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLES TOSTON**                                                                                **PLAINTIFF**

v.                                  Case No: 4:24-cv-00319-BRW

**RICK PARSON,** *et al.*                                                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 27th day of August, 2024.

                                                  BILLY ROY WILSON
                                        UNITED STATES DISTRICT JUDGE